# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Emanuel Glover,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                   3:10-cv-523

Arthur Devon Young, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2012 Order.

                                        Signed: March 13, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court